BRIGHTON MANUF'G CO. v. FIRE INS. CO. OF PENNSYLVANIA.

(Circuit Court, N. D. Illinois. July 25, 1887.)

At Law. Suit to recover on a fire insurance policy.

Action by the Brighton Manufacturing Company against the Fire Insurance Company of the state of Pennsylvania on a policy of insurance.

*E. W. Russell,* for plaintiff.

*Gary, Cody & Gary* and *Fred'k Ullman,* for defendant.

BLODGETT, J. The facts in this case are the same as in the preceding case; and the only defense set up is the increase of risk by the stoppage of manufacturing. I have already passed upon this defense, and the finding will therefore be for the plaintiff